U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 17 2010
CLERK, U.S. DISTRICT COURT
By _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V | § | NO: 7:10-CR-008-O-KA-1 |
| | § § | |
| JIMMIE CLIFFORD RICHARDSON | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**JIMMIE CLIFFORD RICHARDSON**, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a plea of guilty to **Count 5 of the Superseding Indictment**. After cautioning and examining **JIMMIE CLIFFORD RICHARDSON** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense charged are supported by an independent basis in fact containing each of the essential elements of each offense. I therefore recommend that the plea of guilty be accepted and that **JIMMIE CLIFFORD RICHARDSON** be adjudged guilty of the offense and have sentence imposed accordingly.

Date: November 17, 2010

_____
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).